**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

R. Chadwick Edwards, Jr.
Edwards & Edwards
P. O. Box 217
Abbeville LA 70511-0217

**REHEARING ACTION: May 30, 2012**

**Docket Number: 11   01412-CA**

**R. CHADWICK EDWARDS, JR.**
**VERSUS**
**LAROSE SCRAP & SALVAGE, INC.**

**Appealed from Vermilion Parish Case No. 91359 J**

**BEFORE JUDGES:**

      **Hon. Ulysses Gene Thibodeaux**
      **Hon. James T. Genovese**
      **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **R. Chadwick Edwards, Jr.** has this day been

      **DENIED.**

cc: James Isaac Funderburk, Counsel for the Appellee